FILED
March 03, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **M.B.M. and C.R.B.,** | § | |
| Petitioners, | § | |
| v. | § | NO. SA-26-CV-00666-OLG |
| **PAM BONDI,** *et al.*, | § | |
| Respondents. | § | |

# DISMISSAL ORDER

Before the Court is the status of this habeas proceeding, in which Respondents have advised that Petitioners were released on parole on February 17, 2026. (Dkt. No. 12.) Accordingly, because Petitioners are no longer in Respondents' custody (*see* Dkt. No. 12-1), this habeas proceeding is now moot. The Petition for Writ of Habeas Corpus (Dkt. No. 1) is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on March 3, 2026.

_____
ORLANDO L. GARCIA
United States District Judge